

WINDELS MARX | Windels Marx Lane & Mittendorf, LLP                    windelsmarx.com

**Alan Nisselson**
212.237.1021
anisselson@windelsmarx.com

**156 W. 56th Street | New York, NY 10019**
**T. 212.237.1000 | F. 212.262.1215**


September 12, 2018


Honorable Jed S. Rakoff
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:    **United States v. Thomas Reich, Case No. 17-CR-482 (JSR)**

Dear Judge Rakoff:

I am the Chapter 7 Trustee of Transmar Commodity Group Ltd. ("Transmar"). As Trustee, one of my main duties is to marshal and liquidate the assets of the debtor's bankruptcy estate including, where appropriate, by pursuing claims against third parties. One of the hurdles that a Chapter 7 Trustee faces in fulfilling such duties is that he/she is a stranger to the bankrupt entity and has no first-hand knowledge of its business affairs that occurred prior to the time of his/her appointment. As such, it is very important for the Trustee to have the cooperation of former executives of the bankrupt entity.

Thomas Reich has been extremely cooperative and responsive to requests made of him by me, my counsel, and counsel for the group of banks that were defrauded. He has met with us and participated in numerous conference calls. He has also devoted a significant amount of time to reviewing hundreds of email communications as well as transaction documents. His analysis and insights into Transmar's complex business dealings with third parties and affiliates, including the scheme to defraud the bank group, have been invaluable. Mr. Reich has been particularly helpful by offering ideas on potential asset recoveries and I anticipate that this will lead to my pursuing claims to recover millions of dollars for the benefit of Transmar's creditors.

Beyond his cooperation and assistance to date, Mr. Reich appears to readily accept part of the responsibility for the demise of Transmar and the losses that it has caused to others.

I would hope that whatever the Court decides as to Mr. Reich's sentence, that he will be able to continue to work with us in our asset recovery effort.

{11602525:2}



Please feel free to contact me should you have any questions or require any additional information.

Respectfully Submitted,

Alan Nisselson
Chapter 7 Trustee of Transmar Commodity Group Ltd.

cc:   Samuel Braverman, Esq. by e-mail to:  sbraverman@fbdmlaw.com
*Attorneys for Defendant Thomas Reich*

{11602525:2}