Euromar AIC Projections - LIVE?

| | | | | April 30th | May 30th | June 30th |
|---|---|---|---|---|---|---|
| Balance | 4.13.12 | | 23,243 | in Millions | | |
| | Purchases not booked | | 1,653 | | | |
| | | | 21,590 | 21,590 | 28,643 | 42,748 |
| | | | | | | |
| | Liquor deliveries | MT | | | | |
| | Apirl | 2,000 | | 5,200 | | |
| | May | 4,000 | | | 10,400 | |
| | June | 4,000 | | | | 10,400 |
| | | | | | | |
| | Amerra Butter take back | | | | | |
| | | | | | | |
| | April | 1,500 | | 1,853 | | |
| | May | 3,000 | | | 3,705 | |
| | June | 2,936 | | | | 3,626 |
| | "Official Balance" | | | 28,643 | 42,748 | 56,773 |
| Circles | | | | | | |
| | HCCO | 8,827 | | | | |
| | Miscal | 4,822 | | | | |
| | Nord | 2,627 | | 20,873 | 20,873 | 20,873 |
| | EWC | 4,597 | | | | |
| | True Receivables from Euromar | | | 49,516 | 63,621 | 77,646 |

*Ano all Receivables from these guys Circles? need to retire*