① Spll → AR  Euroman  → Euroman → Hero    Eum AR Hero
                                   →
                                  Sello ↙
                 ↙

       Tatar.        AP Hero                        ↙

              AR  Eurom ✓              Thomas
              AP  Hero ✓  → Officer AR

———————————————————————

② Spll, Hero.  →  Euroman   AR   Neptune
                                     opposite AR
                          ↙
                        Bury Frosell
                        for Euroman
                  we
                          ↙
                  Bury
                  Arron      BP.