USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

THOMAS REICH

               Defendants.
- - - - - - - - - - - - - - - - x

**ORDER**

17 Cr. 482 (JSR)

Upon the application of Mr. Samuel M. Braverman, for Mr. Thomas Reich, the Defendant, and with the consent of the United States Attorney for the Southern District of New York, through AUSA Benet Kearney and AUSA Daniel Tracer, for the entry of an Order to release an appearance bond, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. WHEREAS, on August 8, 2018 a secured bond of 3 million dollars, secured by real property, with an address of 84 Valle View Terrace Montvale, New Jersey 07645 was set as a condition of the defendant, Thomas Reich's, pre-trial release.

2. WHEREAS, defendant has met the conditions to release the bond by reporting to serve a sentence, and in fact serving that sentence.

3. IT IS HEREBY ORDERED THAT:

   a. The secured bond of 3 million dollars, secured by real property, with an address of 84 Valle View Terrace, Montvale, New Jersey 07645 shall be removed.

b.  Any liens that the Government may have attached to property, with an address of 84 Valle View Terrace, Montvale, New Jersey 07645 shall be removed.

Dated:   New York, New York
         January 21, 2020

AGREED AND CONSENTED TO:

BY: _____
    Benet Kearney,
    Assistant United States Attorney

    Daniel Tracer
    Assistant United States Attorney


BY: s/Sam Braverman
    Sam Braverman, Esq.
    Counsel for Thomas Reich


SO ORDERED:

_____          1/28/20
HONORABLE JED S. RAKOFF                   Date
UNITED STATES DISTRICT JUDGE