UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

    v.

THOMAS REICH,

                Judgment Debtor,

                and

THE VANGUARD GROUP, INC.,

                Third-Partly Respondent.

17 CR 482-03 (JSR)

**STIPULATION AND**
**TURNOVER ORDER**

WHEREAS, on September 21, 2018, the Court entered judgment against the judgment debtor, THOMAS REICH, imposing restitution in the amount of $352,500,000;

WHEREAS, pursuant to 18 U.S.C. § 3613, upon entry of judgment, notwithstanding any other federal or state law, a lien arose on all of Reich's property and rights to property;

WHEREAS, pursuant to 18 U.S.C. §§ 3613(a), 3664(m), and N.Y. CPLR §§ 5222, 5224, the Government served a Restraining Notice and Information Subpoena on third-party respondent, The Vanguard Group, Inc. ("Vanguard"), on March 6, 2023 to withhold and disclose Reich's nonexempt property;

WHEREAS Vanguard answered that it holds substantial nonexempt property belonging to Reich, namely one Traditional IRA Brokerage Account No. ending in 8377 with an approximate value of $203,450, subject to market fluctuation (Dkt. 118);

WHEREAS the Government served Reich with the restraining notice, including the exclusive and limited exemptions available to criminal judgment debtors under 18 U.S.C. § 3613;

WHEREAS Reich has made restitution payments totaling $156,164, and after credit for payments received from jointly and severally liable codefendants, the unpaid principal balance of restitution is 350,463,253 as of March 19, 2026;

WHEREAS Reich has a substantial nonexempt interest in the funds held by Vanguard, to which the criminal judgment lien has attached, and these funds are subject to garnishment, *see United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006) (holding that 18 U.S.C. § 3613 permits the government to garnish assets held in a retirement account, including an IRA, to satisfy a restitution order);

WHEREAS the Government and Reich previously stipulated and agreed to the imposition of a federal lien (Dkt. 123) on 100% of his Traditional IRA Brokerage Account No. ending in 8377 held by third-party respondent THE VANGUARD GROUP, INC. ("the Vanguard IRA") that restricted his ability to take loans against or otherwise receive distributions from those funds until further order of this Court while the Government determined what nonexempt property belonging or due and owing to his jointly and severally liable codefendants may be available to make restitution;

WHEREAS the Government and Reich now stipulate and agree to the immediate liquidation of securities in the Vanguard IRA as needed to submit the sum certain amount of $80,000.00 to the Clerk of Court and thereafter release the remaining funds in the Vanguard IRA to Reich without further restriction;

**Stipulation and Turnover Order – Page 2**

IT IS HEREBY ORDERED that third-party respondent, THE VANGUARD GROUP, INC., shall liquidate securities in THOMAS REICH's Traditional IRA Brokerage Account No. ending in 8377 and submit the sum certain amount of $80,000.00 to the Clerk of Court. Payment should be made payable and mailed or delivered to:

Clerk of Court
500 Pearl Street, Room 120
New York, New York 10007
Attn: Cashier for 17 CR 482-03

IT IS FURTHER ORDERED that after making such payment to the Clerk of Court, the Stipulation and Order Imposing Federal Lien (Dkt. 123) shall be dissolved and third-party respondent, THE VANGUARD GROUP, INC., shall release the remaining funds to THOMAS REICH free and clear of any further restrictions such that he may access, transfer, or withdraw funds at will without further order of this Court; and

IT IS FURTHER ORDERED that the Government shall not seek further restraint or turnover of the funds released to the judgment debtor by this Order, wherever such funds may be subsequently deposited.

Dated:  New York, New York
      March ___ 2026

JAY CLAYTON
United States Attorney

_____
THOMAS REICH
*Judgment Debtor*

_____
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED:

_____
JED S. RAKOFF, U.S.D.J.

Stipulation and Turnover Order – Page 3